PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
07 JUN 26 AM 9:15
CLERK, U.S. DIST. COURT
ST. PAUL, MN

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Raafat Baheeg Khalil**

**Docket No. 0:02CR00108-001(RHK)**

**Petition on Supervised Release**

COMES NOW **Odell Wilson III**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Raafat Baheeg Khalil** who was sentenced for Forged Securities and False Tax Returns on February 13, 2003, by the Honorable Richard H. Kyle, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in a drug/alcohol treatment program
Financial disclosure
No new credit
No employment with fiduciary responsibilities
Probation Office provide victim, if requested, defendant's place of employment
Pay restitution

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 13, 2007, the defendant contacted this officer about his mental health. He informed that he was struggling with his life at this time and expressed the need to discuss his issues with a mental health practitioner.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a psychological/psychiatric counseling or treatment program, as approved by the probation officer.

SCANNED
JUN 26 2007
U.S. DISTRICT COURT ST. PAUL

ORDER OF THE COURT

Considered and ordered this 21st day of July, 2007, and ordered filed and made a part of the records in the above case.

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Odell Wilson III
U.S. Probation Officer
Telephone: 612-664-5379

Executed on June 21, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission