UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-108 RHK/SRN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAAFAT BAHEEG KHALIL,<br><br>Defendant,<br><br>NICO PRODUCTS INC.,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is currently being garnished for child support and there are no funds available for an additional garnishment,

THEREFORE, IT IS ORDERED that the Writ of Garnishment served on August 9, 2007, is hereby released.

Dated: August 22, 2007

s/ Susan Richard Nelson
Susan Richard Nelson
U.S. Magistrate Judge